# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

BRAD WAYNE KEATON            :

   Petitioner            :            CIVIL ACTION NO. 3:15-2490

   v.            :
                                 (JUDGE MANNION)

WARDEN MAIORANA            :

   Respondent            :

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DISMISSED** as moot.

2. The Clerk of Court shall **CLOSE** this case.

          s/ *Malachy E. Mannion*
          **MALACHY E. MANNION**
          **United States District Judge**

**DATE:** June 15, 2017
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2490-01 order.wpd